IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>STEPHEN A. WIPPEL;<br>SONYA C. WIPPEL;<br>BRENHAM NATIONAL BANK; and<br>DAVID MATTHIJETZ as LEE COUNTY TAX ASSESSOR/COLLECTOR<br>    Defendants. | CIVIL NO: 1:23-cv-11-LY |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of:

>MICHAEL W. MAY
>Trial Attorney, Tax Division
>U.S. Department of Justice
>717 N. Harwood St., Suite 400
>Dallas, Texas 75201
>(214) 880-9730
>(214) 880-9741 (fax)
>michael.w.may@usdoj.gov

as an additional attorney for the United States of America in this action. Please forward copies of all notices of settings and hearings and all pleadings and papers filed in this action to Mr. May at the above-stated address.

>David A. Hubbert
>Deputy Assistant Attorney General
>
>*/s/ Michael W. May*
>MICHAEL W. MAY
>Texas Bar No. 24054882
>Michael.w.may@usdoj.gov
>(214) 880-9730
>IGNACIO PEREZ DE LA CRUZ

Massachusetts Bar No. 672618
Ignacio.PerezdelaCruz@usdoj.gov
(214) 880-9759
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9741 (Fax)
ATTORNEYS FOR THE UNITED STATES